IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Boxed, Inc., *et al.*,[1] | Case No. 23-10397 (BLS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF FILING OF AMENDED COMBINED CORPORATE
OWNERSHIP STATEMENT AND LIST OF EQUITY SECURITY HOLDERS
PURSUANT TO FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), and 7007.1**

**PLEASE TAKE NOTICE** that, on April 2, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the following voluntary petitions (collectively, the "Petitions") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 with the United States Bankruptcy Court for the District of Delaware (the "Court"): (i) Boxed, Inc., Case No. 23-10397; (ii) Boxed, LLC, Case No. 23-10398; (iii) Ashbrook Commerce Solutions LLC, Case No. 23-10399; (iv) Jubilant LLC, Case No. 23-10400; and (v) BOXED MAX LLC, Case No. 23-10401.

**PLEASE TAKE FURTHER NOTICE** that attached to each of the Petitions was, among other things, the *Combined Corporate Ownership Statement and List of Equity Security Holders Pursuant to Fed. R. Bankr. P. 1007(a)(1), 1007(a)(3), and 7007.1* (the "Combined Corporate Ownership Statement"). Attached to the Combined Corporate Ownership Statement as Exhibit 1 was the equity interest holders for each of the Debtors (the "List of Equity Holders").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number are: Boxed, Inc. (6188); Boxed, LLC (8041); Jubilant LLC (2107); Ashbrook Commerce Solutions LLC (4046); and BOXED MAX LLC (5987). The Debtors' service address is 61 Broadway, Floor 30, New York, NY 10006.

**PLEASE TAKE FURTHER NOTICE** that the Debtors, pursuant to rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, have added additional parties to the List of Equity Holders and attached hereto as **Exhibit A** is the amended Combined Corporate Ownership Statement and List of Equity Holders.  Pursuant to the *Order (I) Authorizing Redaction of Certain Personal Identifying Information Within the Consolidated List of Creditors, (II) Authorizing Services to Customers Via Email, and (III) Granting Related Relief* [Docket No. 58], the addresses of individuals have been redacted.  An unredacted version of the List of Equity Holders will be made available to the Court, the United States Trustee, and certain interested parties upon request.

[*Signature Page to Follow*]

IMPAC 10743449v.1

| | |
|---|---|
| Dated: April 14, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Katelin A. Morales*<br>M. Blake Cleary (No. 3614)<br>Jeremy W. Ryan (No. 4057)<br>Katelin A. Morales (No. 6683)<br>Sameen Rizvi (No. 6902)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile:  (302) 658-1192<br>Email: bcleary@potteranderson.com<br>    jryan@potteranderson.com<br>    kmorales@potteranderson.com<br>    srizvi@potteranderson.com<br><br>- and -<br><br>Madlyn Gleich Primoff (admitted *pro hac vice*)<br>Scott D. Talmadge (admitted *pro hac vice*)<br>Alexander Adams Rich (admitted *pro hac vice*)<br>**FRESHFIELDS BRUCKHAUS DERINGER US LLP**<br>601 Lexington Avenue, 31st Floor<br>New York, New York 10022<br>Telephone: (212) 277-4000<br>Facsimile:  (212) 277-4001<br>Email: madlyn.primoff@freshfields.com<br>    scott.talmadge@freshfields.com<br>    alexander.rich@freshfields.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |