## Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Boxed, Inc., *et al.*,[1] | Case No. 23-10397 (BLS) |
| Debtors. | (Jointly Administered) |

**AMENDED COMBINED CORPORATE OWNERSHIP STATEMENT
AND LIST OF EQUITY SECURITY HOLDERS PURSUANT
TO FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), and 7007.1**

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, Boxed, Inc. and certain of its affiliates, who are or may be debtors and debtors in possession in the above-captioned cases (each a "Debtor" and collectively, the "Debtors"), hereby state as follows:

1.      A list of Debtor Boxed, Inc.'s equity interest holders owning more than 5%, their addresses, and the nature of their equity interests is attached hereto as **Exhibit 1**.  No publicly traded corporation owns more than 10% of Boxed, Inc.'s equity interests.

2.      Debtor Boxed, LLC is 100% owned by Debtor Boxed, Inc.  No non-Debtor publicly traded corporation owns more than 10% of Boxed, LLC.

3.      Debtor Jubilant LLC is 100% owned by Debtor Boxed, LLC.  No publicly traded corporation owns more than 10% of Jubilant LLC.

4.      Debtor Ashbrook Commerce Solutions LLC is 100% owned by Debtor Boxed, LLC.  No publicly traded corporation owns more than 10% of Ashbrook Commerce Solutions

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are:  Boxed, Inc. (6188), Boxed, LLC (8041); Jubilant LLC (2107); Ashbrook Commerce Solutions LLC (4046) and BOXED MAX LLC (5987).  The Debtors' service address is 61 Broadway, Floor 30, New York, NY 10006.

LLC.

5.      Debtor BOXED MAX LLC is 100% owned by Debtor Boxed, LLC.  No publicly traded corporation owns more than 10% of BOXED MAX LLC.

## Exhibit 1

| Name & Address | Number of Shares of Common Stock [2] |
|---|---|
| HAMILTON LANE INCORPORATED<br>110 WASHINGTON ST. SUITE 1300<br>CONSHOHOCKEN, PA 19438 | 3,736,804.75<br>(5.427%) |
| THE VANGUARD GROUP, INC.<br>100 VANGUARD BOULEVARD<br>MALVERN, PA 19355 | 3,524,728.86<br>(5.119%) |
| ACTIVANT VENTURES II LP<br>323 RAILROAD AVE, STE 2<br>GREENWICH, CT 06830-6779 | 89,430.00<br>(0.120%) |
| AEON CO LTD<br>1-5-1 NAKAS E, MIHAMA-KU<br>CHIBA,  261-8515<br>JAPAN | 3,629,583.00<br>(4.863%) |
| ALABAMA LIBERTY GROUP LLC<br>300 LIBERTY AVE<br>BROOKLYN, NY 11207-2923 | 91,720.00<br>(0.123%) |
| ALHAMMAD, TALAL<br>[ADDRESS ON FILE] | 949.00<br>(0.001%) |
| ANSELL, JEFFREY P<br>[ADDRESS ON FILE] | 8,854.00<br>(0.012%) |
| BALFOUR PARTNERS LP<br>CORPORATE TRUST CENTER<br>1209 N ORANGE ST<br>WILMINGTON, DE 19801-1120 | 144,125.00<br>(0.193%) |
| BAM VENTURES PARTNERS (A) LP<br>3435 WILSHIRE BLVD, STE 1100<br>LOS ANGELES, CA 90010-1912 | 2,119.00<br>(0.003%) |
| BAM VENTURES PARTNERS LP<br>3435 WILSHIRE BLVD, STE 1100<br>LOS ANGELES, CA 90010-1912 | 3,157.00<br>(0.004%) |
| BERKE, WESLEE<br>[ADDRESS ON FILE] | 407.00<br>(0.001%) |

[2] DTC Banks and Brokers percentages were not readily available. These percentages were estimated based on 72,663,598 shares of common stock.

| | |
|---|---|
| BHANDADY, SANATH<br>[ADDRESS ON FILE] | 15,730.00<br>(0.021%) |
| BLACKROCK DIRECT LENDING FUND -<br>IX-L (IRELAND)<br>C/O TENNENBAUM CAPITAL PARTNERS LLC<br>2951 28TH ST, STE 1000<br>SANTA MONICA, CA 90405-2993 | 3,171.00<br>(0.004%) |
| BLACKROCK DIRECT LENDING FUND -<br>IX-U (IRELAND)<br>C/O TENNENBAUM CAPITAL PARTNERS LLC<br>2951 28TH ST, STE 1000<br>SANTA MONICA, CA 90405-2993 | 1,894<br>(0.003%) |
| BLACKROCK DIRECT LENDING FUND -<br>IX-U (LUXEMBOURG) SCSP<br>C/O TENNENBAUM CAPITAL PARTNERS LLC<br>2951 28TH ST, STE 1000<br>SANTA MONICA, CA 90405-2993 | 1,351.00<br>(0.002%) |
| BLACKROCK DIVERSIFIED PRIVATE -<br>DEBT FUND MASTER LP<br>C/O TENNENBAUM CAPITAL PARTNERS LLC<br>2951 28TH ST, STE 1000<br>SANTA MONICA, CA 90405-2993 | 743.00<br>(0.001%) |
| BLACKROCK DLF IX 2019 CLO LLC<br>C/O TENNENBAUM CAPITAL PARTNERS LLC<br>2951 28TH ST, STE 1000<br>SANTA MONICA, CA 90405-2993 | 923.00<br>(0.001%) |
| BLACKROCK DLF IX 2019-G CLO LLC<br>C/O TENNENBAUM CAPITAL PARTNERS LLC<br>2951 28TH ST, STE 1000<br>SANTA MONICA, CA 90405-2993 | 1,063.00<br>(0.001%) |
| BLACKROCK DLF IX 2020-1 CLO LLC<br>C/O TENNENBAUM CAPITAL PARTNERS LLC<br>2951 28TH ST, STE 1000<br>SANTA MONICA, CA 90405-2993 | 1,063.00<br>(0.001%) |
| BLACKROCK DLF IX CLO 2021-1 LLC<br>C/O TENNENBAUM CAPITAL PARTNERS LLC<br>2951 28TH ST, STE 1000<br>SANTA MONICA, CA 90405-2993 | 2,565.00<br>(0.003%) |

| | |
|---|---|
| BLACKROCK DLF IX CLO 2021-2 LLC<br>C/O TENNENBAUM CAPITAL PARTNERS LLC<br>2951 28TH ST, STE 1000<br>SANTA MONICA, CA 90405-2993 | 6,383.00<br>(0.009%) |
| BLACKROCK SHASTA CLO VII LLC<br>C/O TENNENBAUM CAPITAL PARTNERS LLC<br>2951 28TH ST, STE 1000<br>SANTA MONICA, CA 90405-2993 | 1,303.00<br>(0.002%) |
| BOSSERT, CARLY<br>[ADDRESS ON FILE] | 2,849.00<br>(0.004%) |
| BOYD, MARY FRANKLIN<br>[ADDRESS ON FILE] | 6,892.00<br>(0.009%) |
| BRENNER, ELIZABETH<br>[ADDRESS ON FILE] | 94.00<br>(0.000%) |
| BRIER, BRENDAN TIMOTHY<br>[ADDRESS ON FILE] | 77,188.00<br>(0.103%) |
| BUILD PRIVATE CREDIT LP<br>C/O TENNENBAUM CAPITAL PARTNERS LLC<br>2951 28TH ST, STE 1000<br>SANTA MONICA, CA 90405-2993 | 161.00<br>(0.000%) |
| CAPILI, MERCURY<br>[ADDRESS ON FILE] | 999.00<br>(0.001%) |
| CEDE & CO<br>570 WASHINGTON BLVD<br>JERSEY CITY, NJ 07310-1617 | 54,528,407.00<br>(73.062%) |
| CHALFEN, MICHAEL<br>[ADDRESS ON FILE] | 32,115.00<br>(0.043%) |
| CHAN, JOHNNY<br>C/O GIDDY INC<br>451 BROADWAY<br>NEW YORK, NY 10013-2744 | 1,107.00<br>(0.001%) |
| CHAN, THOMAS<br>[ADDRESS ON FILE] | 1,899.00<br>(0.003%) |

| | |
|---|---|
| CHEN, KEN<br>[ADDRESS ON FILE] | 31,219.00<br>(0.042%) |
| CHEN, RANDALL<br>[ADDRESS ON FILE] | 1,424.00<br>(0.002%) |
| CHEUNG, PRUDENCE<br>[ADDRESS ON FILE] | 40,853.00<br>(0.055%) |
| CHUN, ERIC<br>[ADDRESS ON FILE] | 4,036.00<br>(0.005%) |
| COMITO, CROYDEN<br>[ADDRESS ON FILE] | 1,899.00<br>(0.003%) |
| [NAME AND ADDRESS ON FILE] | 9.00<br>(0.000%) |
| CRUZ, CESAR<br>C/O GIDDY INC<br>451 BROADWAY<br>NEW YORK, NY 10013-2744 | 1,246.00<br>(0.002%) |
| DIGITAL ENTERTAINMENT VENTURES LLC<br>885 3RD AVE, FL 20<br>NEW YORK, NY 10022-4834 | 12,487.00<br>(0.017%) |
| DONOVAN, ALISON<br>[ADDRESS ON FILE] | 284.00<br>(0.000%) |
| DV TECHNOLOGY LLC<br>C/O DIAGEO NORTH AMERICA INC<br>3 WORLD TRADE CENTER<br>175 GREENWICH ST<br>NEW YORK, NY 10007 | 2,480,840.00<br>(3.324%) |
| ELCOCK, VIVIANA<br>[ADDRESS ON FILE] | 94.00<br>(0.000%) |
| ENIAC COINVESTMENTS LLC<br>182 5TH AVE, FL 4F<br>NEW YORK, NY 10010-5918 | 52,979.00<br>(0.071%) |

| | |
|---|---|
| FORSYTH, PATRICK<br>C/O GIDDY INC<br>451 BROADWAY<br>NEW YORK, NY 10013-2744 | 435.00<br>(0.001%) |
| FRANCO, JOHN<br>[ADDRESS ON FILE] | 23,745.00<br>(0.032%) |
| FRIEDMAN, MARC<br>[ADDRESS ON FILE] | 8,854.00<br>(0.012%) |
| GEORGIA-PACIFIC GROWTH INVESTMENT LLC<br>ATTN GENERAL COUNSEL<br>133 PEACHTREE ST NE<br>ATLANTA, GA 30303-1804 | 1,179,618.00<br>(1.581%) |
| [NAME AND ADDRESS ON FILE] | 5,904.00<br>(0.008%) |
| [NAME AND ADDRESS ON FILE] | 1,309.00<br>(0.002%) |
| HARRIS, DAVID<br>[ADDRESS ON FILE] | 103,297.00<br>(0.138%) |
| HAUSER, MARK<br>[ADDRESS ON FILE] | 1,396,321.00<br>(1.871%) |
| HUANG, CHIEH<br>[ADDRESS ON FILE] | 6,668.00<br>(0.009%) |
| HUANG, CHIEH<br>[ADDRESS ON FILE] | 2,295,813.00<br>(3.076%) |
| HUANG, MALI<br>[ADDRESS ON FILE] | 40,853.00<br>(0.055%) |
| IN, ANDREW<br>[ADDRESS ON FILE] | 949.00<br>(0.001%) |

| | |
|---|---|
| JOACHIM, MATTHEW<br>C/O GIDDY INC<br>451 BROADWAY<br>NEW YORK, NY 10013-2744 | 6,430.00<br>(0.009%) |
| JTCM VENTURES LLC<br>555 SAINT CHARLES DR, STE 200<br>THOUSAND OAKS, CA 91360-3985 | 349,312.00<br>(0.468%) |
| JUHASZ, AMANDA<br>[ADDRESS ON FILE] | 1,929.00<br>(0.003%) |
| KANG, SUZY<br>[ADDRESS ON FILE] | 8,606.00<br>(0.012%) |
| KESHET, KEREN<br>C/O THE RAINBOW FOUNDATION<br>1015 PARK AVE<br>NEW YORK, NY 10028-0904 | 432,374.00<br>(0.579%) |
| KIM, MOON CHUNG<br>C/O GIDDY INC<br>451 BROADWAY<br>NEW YORK, NY 10013-2744 | 313.00<br>(0.000%) |
| LAST, MICHAEL<br>[ADDRESS ON FILE] | 2,645.00<br>(0.004%) |
| LAURN MAERKIN 2021 SEVEN OAKS<br>GRANTOR RETAINED ANNUITY TRUST<br>[ADDRESS ON FILE] | 154,300.00<br>(0.207%) |
| LEE, BRIAN<br>C/O GIDDY INC<br>451 BROADWAY<br>NEW YORK, NY 10013-2744 | 28,494.00<br>(0.038%) |
| LEE, DANIEL<br>[ADDRESS ON FILE] | 37.00<br>(0.000%) |
| LOHUIS, MEGAN<br>[ADDRESS ON FILE] | 949.00<br>(0.001%) |
| MANNA, HEIDI<br>[ADDRESS ON FILE] | 39,382.00<br>(0.053%) |

| | |
|---|---|
| MANTRA PARTNERS LLC<br>9320 GALLARDO ST<br>CORAL GABLES, FL 33156-2362 | 10,596.00<br>(0.014%) |
| MARTIN, MICHAEL<br>C/O GIDDY INC<br>451 BROADWAY<br>NEW YORK, NY 10013-2744 | 692.00<br>(0.001%) |
| MARTINEZ, ROMAN<br>[ADDRESS ON FILE] | 2,650.00<br>(0.004%) |
| MATOE LLC<br>123 W NYE LN, STE 129<br>CARSON CITY, NV 89706-0838 | 16,049.00<br>(0.022%) |
| MATTHEWS, GARY<br>[ADDRESS ON FILE] | 20,000.00<br>(0.027%) |
| MATTHEWS, GARY S<br>[ADDRESS ON FILE] | 1,396,321.00<br>(1.871%) |
| MATTHEWS, NORMAN S<br>[ADDRESS ON FILE] | 28,946.00<br>(0.039%) |
| MESBAH-KHAVARI, BARDIA<br>[ADDRESS ON FILE] | 14,473.00<br>(0.019%) |
| MILLS, ROMMIE<br>[ADDRESS ON FILE] | 420.00<br>(0.001%) |
| MILSTEIN, MICHAEL<br>[ADDRESS ON FILE] | 19,391.00<br>(0.026%) |
| MIROPOLSKI, EUGEN<br>C/O GIDDY INC<br>451 BROADWAY<br>NEW YORK, NY 10013-2744 | 4,238.00<br>(0.006%) |
| PARK, DO<br>C/O GIDDY INC<br>451 BROADWAY<br>NEW YORK, NY 10013-2744 | 1,424.00<br>(0.002%) |
| PEARSON, ANDREW<br>[ADDRESS ON FILE] | 415,589.00<br>(0.557%) |

| | |
|---|---|
| PETERS, PATRICK<br>C/O GIDDY INC<br>451 BROADWAY<br>NEW YORK, NY 10013-2744 | 28,494.00<br>(0.038%) |
| PETSAS, ANDREAS<br>[ADDRESS ON FILE] | 94.00<br>(0.000%) |
| PODDAR, RUCHITA<br>[ADDRESS ON FILE] | 13,059.00<br>(0.017%) |
| PRADO, MATTHEW<br>[ADDRESS ON FILE] | 55.00<br>(0.000%) |
| REED, WILL<br>[ADDRESS ON FILE] | 2,140.00<br>(0.003%) |
| RELIANCE STANDARD LIFE INSURANCE COMPANY<br>C/O TENNENBAUM CAPITAL PARTNERS LLC<br>2951 28TH ST, STE 1000<br>SANTA MONICA, CA 90405-2993 | 1,131.00<br>(0.002%) |
| RESTINE, MATTHEW<br>[ADDRESS ON FILE] | 7,598.00<br>(0.010%) |
| COHANZICK ABSOLUTE RETURN<br>MASTER FUND, LTD.<br>427 BEDFORD RD STE 230<br>PLEASANTVILLE, NY 10570-3059 | 22,043.00<br>(0.030%) |
| SANDS LIGHT CAPITAL LLC<br>707 WESTCHESTER AVE, STE 207<br>WHITE PLAINS, NY 10604-3154 | 910,449.00<br>(1.220%) |
| SCHRYER, DAN<br>[ADDRESS ON FILE] | 10,596.00<br>(0.014%) |
| SEATON CONSULTANTS LTD<br>16047 COLLINS AVE, APT 1603<br>SUNNY ISLES BEACH, FL 33160-5567 | 2,293,037.00<br>(3.072%) |
| SERRA, EILEEN M<br>[ADDRESS ON FILE] | 39,382.00<br>(0.053%) |
| SEVEN OAKS SPONSOR LLC<br>445 PARK AVE, FL 7<br>NEW YORK, NY 10022-2606 | 82,000<br>(0.110%) |

| | |
|---|---|
| SHAH, ABHI<br>[ADDRESS ON FILE] | 474.00<br>(0.001%) |
| SIMON, MARLON<br>C/O GIDDY INC<br>451 BROADWAY<br>NEW YORK, NY 10013-2744 | 94.00<br>(0.000%) |
| TAM, JUSTON<br>[ADDRESS ON FILE] | 94,980.00<br>(0.127%) |
| TCP DIRECT LENDING FUND VIII-A LLC<br>C/O TENNENBAUM CAPITAL PARTNERS LLC<br>2951 28TH ST, STE 1000<br>SANTA MONICA, CA 90405-2993 | 1,622.00<br>(0.002%) |
| TCP DIRECT LENDING FUND VIII-S LLC<br>C/O TENNENBAUM CAPITAL PARTNERS LLC<br>2951 28TH ST, STE 1000<br>SANTA MONICA, CA 90405-2993 | 170.00<br>(0.000%) |
| TCP DIRECT LENDING FUND VIII-T LLC<br>C/O TENNENBAUM CAPITAL PARTNERS LLC<br>2951 28TH ST, STE 1000<br>SANTA MONICA, CA 90405-2993 | 340.00<br>(0.000%) |
| TCP DLF VIII 2018 CLO LLC<br>C/O TENNENBAUM CAPITAL PARTNERS LLC<br>2951 28TH ST, STE 1000<br>SANTA MONICA, CA 90405-2993 | 1,246.00<br>(0.002%) |
| TENNENBAUM SENIOR LOAN FUND II LP<br>C/O TENNENBAUM CAPITAL PARTNERS LLC<br>2951 28TH ST, STE 1000<br>SANTA MONICA, CA 90405-2993 | 2,680.00<br>(0.004%) |
| TENNENBAUM SENIOR LOAN FUND V LP<br>C/O TENNENBAUM CAPITAL PARTNERS LLC<br>2951 28TH ST, STE 1000<br>SANTA MONICA, CA 90405-2993 | 2,476.00<br>(0.003%) |
| TMD-DL HOLDINGS LLC<br>C/O TENNENBAUM CAPITAL PARTNERS LLC<br>2951 28TH ST, STE 1000<br>SANTA MONICA, CA 90405-2993 | 322.00<br>(0.000%) |
| TUCKER, RANDOLPH K<br>[ADDRESS ON FILE] | 94,728.00<br>(0.127%) |

| | |
|---|---|
| UPWARD VENTURES LTD<br>C/O GIDDY INC<br>451 BROADWAY<br>NEW YORK, NY 10013-2744 | 65,694.00<br>(0.088%) |
| VECHAKUL, JAY<br>[ADDRESS ON FILE] | 692.00<br>(0.001%) |
| WASHINGTON, REGYNALD GLENN<br>[ADDRESS ON FILE] | 39,382.00<br>(0.053%) |
| WOJCIESZEK, MATTHEW<br>C/O GIDDY INC<br>451 BROADWAY<br>NEW YORK, NY 10013-2744 | 1,899.00<br>(0.003%) |
| YAMAN, JARED<br>[ADDRESS ON FILE] | 6,666.00<br>(0.009%) |
| YAMAN, JARED<br>[ADDRESS ON FILE] | 1,602,314.00<br>(2.147%) |
| YANG, JOSHUA<br>[ADDRESS ON FILE] | 1,424.00<br>(0.002%) |
| ZHENG, QUEENIE<br>[ADDRESS ON FILE] | 593.00<br>(0.001%) |
| ABN AMROCC (0695)<br>ATT PROXY DEPT<br>175 W. JACKSON BLVD<br>STE 2050<br>CHICAGO, IL 60605 | 31,908.00<br>(0.044%) |
| AMERIPRISE (0756)<br>ATT GREG WRAALSTAD/PROXY MGR<br>901 3RD AVE SOUTH<br>MINNEAPOLIS, MN 55474 | 30,807.00<br>(0.042%) |
| AMALGAMATED BANK (2352)<br>ATT BOB WINTERS OR PROXY MGR<br>275 7TH AV<br>NEW YORK, NY 10001 | 9,895.00<br>(0.014%) |

| | |
|---|---|
| APEX/ETRADE (0158/0385)<br>C/O BROADRIDGE SECS PROCESSING<br>YASMINE CASSEUS, 2 GATEWAY CTR<br>283-299 MARKET ST - 16TH FL<br>NEWARK, NJ 07102 | 1,330,427.00<br>(1.831%) |
| AXOS CLEARING (0052)<br>ATT CORPORATE ACTIONS DEPT<br>1200 LANDMARK CTR, STE. 800<br>OMAHA, NE 68102-1916 | 40,027.00<br>(0.055%) |
| BANK OF NEW YORK MELLON (0901)<br>ATT EVENT CREATION<br>500 GRANT ST<br>ROOM 151-1700<br>PITTSBURGH, PA 15258 | 583,045.00<br>(0.802%) |
| BARCLAYS CAPITAL INC. (0229)<br>ATT CORPORATE ACTIONS/REORG<br>745 7TH AV, 3RD FL<br>NEW YORK, NY 10019 | 2,916.00<br>(0.004%) |
| BMO CAPITAL MKTS CORP (0045)<br>JOHN FINERTY OR PROXY MGR<br>3 TIMES SQ<br>NEW YORK, NY 10036 | 522.00<br>(0.001%) |
| BMO NESBITT BURNS /CDS (5043)<br>ATT PHUTHORN PENIKETT<br>250 YONGE ST., 14TH FL<br>TORONTO, ON M5B 2M8<br>CANADA | 221,173.00<br>(0.304%) |
| M&I MARSHALL & ILSLEY BK(0992)<br>ATT CYNTHIA HAMMERELL/PROX MGR<br>1000 N. WATER ST -TR 14<br>MILWAUKEE, WI 53202 | 2,294.00<br>(0.003%) |
| BNP PARIBAS, NY BRANCH (2147)<br>ATT PROXY DEPT<br>525 WASHINGTON BLVD<br>9TH FL<br>JERSEY CITY, NJ 07310 | 167,322.00<br>(0.230%) |

| | |
|---|---|
| BNP PRIME BROKERAGE (2154)<br>ATT PROXY DEPT<br>525 WASHINGTON BLVD<br>9TH FL<br>JERSEY CITY, NJ 07310 | 6.00<br>(0.00001%) |
| BNP/CUST (2787)<br>ATT PROXY DEPT<br>525 WASHINGTON BLVD<br>9TH FL<br>JERSEY CITY, NJ 07310 | 211,684.00<br>(0.291%) |
| BNY / MID CAP SPDRS (2209)<br>ATT EVENT CREATION<br>500 GRANT ST<br>ROOM 151-1700<br>PITTSBURGH, PA 15258 | 64,121.00<br>(0.088%) |
| BNY/NEW ENGLAND (0954)<br>ATT EVENT CREATION<br>500 GRANT ST<br>ROOM 151-1700<br>PITTSBURGH, PA 15258 | 806.00<br>(0.001%) |
| BOA/GWIM TST OPER (0955)<br>ATT CORPORATE ACTIONS MANAGER<br>901 MAIN ST<br>12TH FL<br>DALLAS, TX 75202 | 2,210.00<br>(0.003%) |
| BOFA SECS (0161)<br>ATT EARL WEEKS OR PROXY DEPT<br>C/O MERRILL LYNCH CORP ACTIONS<br>4804 DEER LAKE DR. E.<br>JACKSONVILLE, FL 32246 | 47.00<br>(0.0001%) |
| BOFA SECS (5198)<br>ATT EARL WEEKS OR PROXY DEPT<br>C/O MERRILL LYNCH CORP ACTIONS<br>4804 DEER LAKE DR. E.<br>JACKSONVILLE, FL 32246 | 792,138.00<br>(1.090%) |
| BOFA SECS (5143)<br>ATT EARL WEEKS OR PROXY DEPT<br>C/O MERRILL LYNCH CORP ACTIONS<br>4804 DEER LAKE DR. E.<br>JACKSONVILLE, FL 32246 | 436,700.00<br>(0.601%) |

| | |
|---|---|
| BARCLAYS CAPITAL (8455)<br>ATT CORPORATE ACTIONS/REORG<br>745 7TH AV, 3RD FL<br>NEW YORK, NY 10019 | 228,457.00<br>(0.314%) |
| BROWN BROS HARRIMAN & CO(0010)<br>ATT CORPORATE ACTIONS / VAULT<br>140 BROADWAY<br>NEW YORK, NY 10005 | 619,670.00<br>(0.853%) |
| BROWN BROS HARRIMAN/ETF (0109)<br>ATT CORPORATE ACTIONS / VAULT<br>140 BROADWAY<br>NEW YORK, NY 10005 | 1.00<br>(0.000001%) |
| CANTOR FITZGERALD & CO. (0696)<br>ATT ANTHONY ROYE OR PROXY DEPT<br>CORPORATE ACTIONS<br>55 WATER ST, 28TH FL<br>NEW YORK, NY 10041 | 929.00<br>(0.001%) |
| CDS CLEAR & DEPOSITORY (5099)<br>ATT LORETTA VERELLI/PROXY MGR<br>600 BOUL. DE MAISONNEUVE<br>OUEST BUREAU 210<br>MONTREAL, QC H3A 3J2<br>CANADA | 346,856.00<br>(0.477%) |
| CETERA (0701)<br>ATT ANGELA HANDELAND/PROXY MGR<br>400 1ST ST SOUTH<br>STE 300<br>ST. CLOUD, MN 56301 | 200.00<br>(0.0003%) |
| CITIBANK (0505)<br>ATT DARYL SLATER OR REORG MGR<br>3800 CITIBANK CTR<br>B3-12<br>TAMPA, FL 33610 | 40.00<br>(0.0001%) |
| CHARLES SCHWAB & CO. (0164)<br>ATT CHRISTINA YOUNG/PROXY MGR<br>2423 EAST LINCOLN DR<br>PHOENIX, AZ 85016-1215 | 3,406,538.00<br>(4.688%) |

| | |
|---|---|
| BBS SECS INC./CDS (5085)<br>ATT DEBORAH CARLYLE/PROXY MGR<br>4100 YONGE ST<br>STE 504A<br>TORONTO, ON M2P 2G2<br>CANADA | 600.00<br>(0.001%) |
| CIBC WORLD MKTS. /CDS (5030)<br>ATT REED JON OR PROXY DEPT<br>22 FRONT ST. W. 7TH FL<br>TORONTO, ON M5J 2W5<br>CANADA | 122,031.00<br>(0.168%) |
| CITIBANK, N.A. (0908)<br>ATT SHERIDA SINANAN/PROXY DEPT<br>3801 CITIBANK CTR<br>B/3RD FL/ZONE 12<br>TAMPA, FL 33610 | 3,069,650.00<br>(4.224%) |
| CLEAR ST LLC (9132)<br>ATT PROXY MGR<br>55 BROADWAY STE 2102<br>NEW YORK, NY 10006 | 54,000.00<br>(0.074%) |
| COWEN EXECUTION SVCS LLC<br>ATT HOWARD FLAXER OR PROXY MGR<br>3501 QUADRANGLE BLVD<br>STE 200<br>ORLANDO, FL 32817 | 3,365.00<br>(0.005%) |
| CREDENTIAL SECS INC (5083)<br>DANIELLE MONTANARI/PROXY MGR<br>700 - 1111 W. GEORGIA ST<br>VANCOUVER, BC V6E 4T6<br>CANADA | 3,136.00<br>(0.004%) |
| CREST INTL NOMINEES LTD (2012)<br>ATT NATHAN ASHWORTH/PROXY MGR<br>33 CANNON ST<br>LONDON,  EC4M 5SB<br>UNITED KINGDOM | 147,815.00<br>(0.203%) |
| D. A. DAVIDSON & CO. (0361)<br>ATT RITA LINSKEY OR PROXY MGR<br>8 THIRD ST NORTH<br>GREAT FALLS, MT 59401 | 3,305.00<br>(0.005%) |

| | |
|---|---|
| DESJARDINS SECS INC.(5028)<br>ATT KARLA DIAZ/VALUERS MOB.<br>2 COMPLEXE DESJARDINS TOUR EST<br>NIVEAU 62<br>MONTREAL, QC H5B 1B4<br>CANADA | 83,715.00<br>(0.115%) |
| DRIVEWEALTH, LLC (2402)<br>ATT PROXY MGR<br>15 EXCHANGE PL<br>JERSEY CITY, NJ 07302 | 288,500.00<br>(0.397%) |
| ETRADE/APEX (0158/0385)<br>C/O BROADRIDGE SECS PROCESSING<br>YASMINE CASSEUS, 2 GATEWAY CTR<br>283-299 MARKET ST - 16TH FL<br>NEWARK, NJ 07102 | 6,142,309.00<br>(8.453%) |
| JPMORGAN CHASE / EURO (1970)<br>ATT KENNY CHIU<br>PROXY MGR NY1-C094<br>4 METROTECH CTR - 3RD FL<br>BROOKLYN, NY 11245 | 2,010.00<br>(0.003%) |
| FIFTH THIRD BANK THE (2116)<br>ATT CARRIE POTTER/PROXY DEPT<br>5001 KINGSLEY DR<br>MAIL DROP 1M0B2D<br>CINCINNATI, OH 45227 | 7,601.00<br>(0.010%) |
| FOLIO INVESTMENTS, INC. (0728)<br>ATT ASHLEY THEOBALD/PROXY MGR<br>8180 GREENSBORO DR<br>8TH FL<br>MCLEAN, VA 22102 | 50.00<br>(0.0001%) |
| FUTU CLEARING INC. (4272)<br>ATT COLLETE REX<br>12750 MERIT DR, STE 475<br>DALLAS, TX 75251 | 70,815.00<br>(0.097%) |
| GOLDMAN SACHS (0005)<br>ATT MEGHAN SULLIVAN/PROXY DEPT<br>30 HUDSON ST<br>JERSEY CITY, NJ 07302 | 245,825.00<br>(0.338%) |

| | |
|---|---|
| GOLDMAN SACHS INTERNATL (5208)<br>ATT MEGHAN SULLIVAN/PROXY DEPT<br>30 HUDSON ST<br>JERSEY CITY, NJ 07302 | 656,724.00<br>(0.904%) |
| HILLTOP SECS (0279)<br>ATT PROXY DEPT<br>1201 ELM ST<br>STE 3500<br>DALLAS, TX 75270 | 692.00<br>(0.001%) |
| HSBC SECS () INC.  (0816)<br>CHRIS ARMATO OR PROXY MGR<br>1 WEST 39TH ST<br>NEW YORK, NY 10018 | 7,000.00<br>(0.010%) |
| HSBC/CCSLB (1950)<br>ATT BARBARA SKELLY/PROXY MGR<br>545 WASHINGTON BLVD<br>10TH FL<br>JERSEY CITY, NJ 07310 | 12.00<br>(0.00002%) |
| HSBC BANK USA/CLEARING (8396)<br>ATT BARBARA SKELLY/PROXY MGR<br>545 WASHINGTON BLVD<br>10TH FL<br>JERSEY CITY, NJ 07310 | 7,703.00<br>(0.011%) |
| ING FINANCIAL MKTS LLC (7273)<br>ATTN PROXY MGR<br>1325 AVE OF THE AMERICAS<br>NEW YORK, NY 10019 | 112,200.00<br>(0.154%) |
| INTERACTIVE BROKERS (0534)<br>ATT KARIN MCCARTHY/PROXY DEPT<br>2 PICKWICK PLAZA, 2ND FL<br>GREENWICH, CT 06830 | 1,446,815.00<br>(1.991%) |
| JEFFERIES & CO, INC. (0019)<br>ATT ROBERT MARANZANO/PROXY MGR<br>34 EXCHANGE PL<br>JERSEY CITY, NJ 07311 | 95.00<br>(0.0001%) |
| JANNEY MONT. SCOTT INC. (0374)<br>ATT CORPORATE ACTIONS<br>1717 ARCH ST<br>17TH FL<br>PHILADELPHIA, PA 19103-1675 | 3,550.00<br>(0.005%) |

| | |
|---|---|
| EDWARD JONES (0057)<br>ATT DEREK ADAMS OR PROXY DEPT<br>CORPORATE ACTS & DISTRIBUTION<br>12555 MANCHESTER RD<br>ST. LOUIS, MO 63131 | 104,455.00<br>(0.144%) |
| JPMORGAN CHASE (2357)<br>ATT KENNY CHIU<br>PROXY MGR NY1-C094<br>4 METROTECH CTR - 3RD FL<br>BROOKLYN, NY 11245 | 329,182.00<br>(0.453%) |
| JPMORGAN CHASE (3622)<br>ATT KENNY CHIU<br>PROXY MGR NY1-C094<br>4 METROTECH CTR - 3RD FL<br>BROOKLYN, NY 11245 | 263,427.00<br>(0.363%) |
| JPMORGAN CHASE (0902)<br>ATT KENNY CHIU<br>PROXY MGR NY1-C094<br>4 METROTECH CTR - 3RD FL<br>BROOKLYN, NY 11245 | 2,641,626.00<br>(3.635%) |
| J.P. MORGAN/CLEARING (0352)<br>ATT CORPORATE ACTIONS TEAM<br>500 STANTON CHRISTIANA RD.<br>NCC5 FL3<br>NEWARK, DE 19713 | 633,620.00<br>(0.872%) |
| LPL FIN CORP (0075)<br>ATT CORPORATE ACTIONS<br>1055 LPL WAY<br>FORT MILL, SC 29715 | 68,475.00<br>(0.094%) |
| MANUFACTURERS & TRADERS (0990)<br>ATT DON SCHMIDT OR PROXY MGR<br>ONE M&T PLAZA<br>8TH FL<br>BUFFALO, NY 14240 | 500.00<br>(0.001%) |
| MIRAE/STK (1385)<br>ATT PROXY MGR<br>810 7TH AV, 37TH FL<br>NEW YORK, NY 10019 | 40,000.00<br>(0.055%) |

| | |
|---|---|
| MERRILL LYNCH (8862)<br>ATT EARL WEEKS/PROXY DEPT<br>C/O MERRILL LYNCH CORP ACTIONS<br>4804 DEER LAKE DR. E.<br>JACKSONVILLE, FL 32246 | 3,028,434.00<br>(4.168%) |
| MORGAN STANLEY & CO. (0050)<br>ATT MS PROXY DEPT<br>1300 THAMES ST WHARF<br>BALTIMORE, MD 21231 | 267,010.00<br>(0.367%) |
| MORGAN STANLEY/INTL PLC (7309)<br>ATT MS PROXY DEPT<br>1300 THAMES ST WHARF<br>BALTIMORE, MD 21231 | 6.00<br>(0.00001%) |
| MSSB (0015)<br>ATT MS PROXY DEPT<br>1300 THAMES ST WHARF<br>BALTIMORE, MD 21231 | 188,572.00<br>(0.260%) |
| NBCN INC. /CDS (5008)<br>ATT DANIEL NTAP OR PROXY MGR<br>1010 DE LA GAUCHETIERE OUEST<br>STE 1925<br>MONTREAL, QC H3B 5J2<br>CANADA | 31,722.00<br>(0.044%) |
| NATL FIN SVCS. (0226)<br>ATT SEAN COLE OR PROXY DEPT<br>NEWPORT OFFICE CTR III<br>499 WASHINGTON BLVD<br>JERSEY CITY, NJ 07310 | 4,393,962.00<br>(6.047%) |
| NORTHERN TST CO, THE (2669)<br>ATT ANDREW LUSSEN OR PROXY MGR<br>801 S. CANAL ST<br>ATT: CAPITAL STRUCTURES-C1N<br>CHICAGO, IL 60607 | 330,437.00<br>(0.455%) |
| OPPENHEIMER & CO. INC. (0571)<br>ATT COLIN SANDY OR PROXY MGR<br>85 BROAD ST, 4TH FL<br>NEW YORK, NY 10004 | 29,258.00<br>(0.040%) |

| | |
|---|---|
| PERSHING (0443)<br>ATT JOSEPH LAVARA/PROXY DEPT<br>1 PERSHING PLAZA<br>JERSEY CITY, NJ 07399 | 3,011,010.00<br>(4.144%) |
| PHILL CAP (8460)<br>ATT PROXY MGR<br>141 W JACKSON BLVD<br>CBOT BLDG, STE 3050<br>CHICAGO, IL 60604 | 24,280.00<br>(0.033%) |
| QUESTRADE INC./CDS (5084)<br>ATT AL NANJI OR PROXY MGR<br>5650 YONGE ST<br>TORONTO, ON M2M 4G3<br>CANADA | 87,719.00<br>(0.121%) |
| ROBERT W BAIRD & CO INC (0547)<br>ATTN CORPORATE ACTIONS<br>777 E WISCONSIN AVE - 9TH FL<br>MILWAUKEE, WI 53202 | 26,100.00<br>(0.036%) |
| RAYMOND JAMES ASSOC INC (0725)<br>ATT ROBERTA GREEN OR PROXY MGR<br>880 CARILION PKWY<br>TOWER 2, 4TH FL<br>ST. PETERSBURG, FL 33716 | 4,094,383.00<br>(5.635%) |
| RBC DOMINION /CDS (5002)<br>ATT PROXY MGR<br>2 BLOOR ST E  2300<br>TORONTO, ON M4W 1A8<br>CANADA | 259,280.00<br>(0.357%) |
| RBC CAPITAL MKTS CORP (0235)<br>ATT STEVE SCHAFER OR PROXY MGR<br>60 S 6TH ST - P09<br>MINNEAPOLIS, MN 55402-1106 | 77,272.00<br>(0.106%) |
| RELIANCE TST CO (5409)<br>ATT TONIE MONTGOMERY<br>1100 ABERNATHY RD<br>STE 400<br>ATLANTA, GA 30328 | 5,500.00<br>(0.008%) |

| | |
|---|---|
| ROBINHOOD SECS, LLC (6769)<br>ATT MEHDI TAIFI<br>500 COLONIAL CTR PKWY 100<br>LAKE MARY, FL 32746 | 3,183,548.00<br>(4.381%) |
| SCOTIA CAPITAL /CDS (5011)<br>ATT EVELYN PANDE OR PROXY DEPT<br>SCOTIA PLAZA<br>40 KING ST W, 23RD FL<br>TORONTO, ON M5H 1H1<br>CANADA | 181,228.00<br>(0.249%) |
| SEI PRIVATE TST CO (2039)<br>ATT ERIC GREENE OR PROXY MGR<br>ONE FREEDOM VALLEY DR<br>OAKS, PA 19456 | 70.00<br>(0.0001%) |
| SG AMERICAS SECS, LLC (0286)<br>ATT PAUL MITSAKOS OR PROXY MGR<br>1221 AV OF THE AMERICAS<br>NEW YORK, NY 10020 | 3,115.00<br>(0.004%) |
| STATE ST (0997)<br>ATT PROXY DEPT<br>1776 HERITAGE DR<br>NORTH QUINCY, MA 02171 | 922,393.00<br>(1.269%) |
| SSB&T/CLIENT CUST SVCS (2678)<br>ATT PROXY DEPT<br>1776 HERITAGE DR<br>NORTH QUINCY, MA 02171 | 1,018.00<br>(0.001%) |
| SSB- IBT/BGI (2767)<br>ATT PROXY DEPT<br>1776 HERITAGE DR<br>NORTH QUINCY, MA 02171 | 91,803.00<br>(0.126%) |
| STIFEL NICOLAUS & CO. (0793)<br>ATT CHRIS WIEGAND/PROXY DEPT<br>C/O MEDIANT COMMUNCATIONS<br>501 N. BROADWAY<br>ST. LOUIS, MO 63102 | 10,589.00<br>(0.015%) |
| INTL FCSTONE FIN, INC. (0750)<br>ATT KEN SIMPSON OR PROXY MGR<br>2 PERIMETER PARK,<br>STE 100W<br>BIRMINGHAM, AL 35209 | 800.00<br>(0.001%) |

| | |
|---|---|
| TD AMERITRADE CLEARING (0188)<br>ATT MANDI FOSTER OR PROXY MGR<br>200 S. 108TH AVE<br>OMAHA, NE 68154 | 6,048,029.00<br>(8.323%) |
| TDWATERHOUSE CANADA/CDS (5036)<br>ATT YOUSUF AHMED OR PROXY MGR<br>77 BLOOR ST WEST<br>3RD FL<br>TORONTO, ON M4Y 2T1<br>CANADA | 524,147.00<br>(0.721%) |
| TRADESTATION SECS (0271)<br>ATT CORPORATE ACTIONS<br>8050 SW 10TH ST, STE 2000<br>PLANTATION, FL 33324 | 44,101.00<br>(0.061%) |
| MARSCO INVESTMENT CORP (0287)<br>ATT KAREN JACOBSEN/PROXY MGR<br>101 EISENHOWER PKWY<br>ROSELAND, NJ 07068 | 7,680.00<br>(0.011%) |
| TRADEUP SECURITIES INC (2862)<br>ATTN PROXY MGR<br>437 MADISON AVE, 27TH FL<br>NEW YORK, NY 10022 | 1,337.00<br>(0.002%) |
| UBS AG (2507)<br>ATT MICHAEL HALLET/PROXY MGR<br>PROXY DEPT<br>315 DEADRICK ST<br>NASHVILLE, TN 37238 | 11,829.00<br>(0.016%) |
| UBS FIN SVCS LLC (0221)<br>ATT PROXY DEPT - JANE FLOOD<br>1000 HARBOR BLVD<br>WEEHAWKEN, NJ 07086 | 205,709.00<br>(0.283%) |
| UBS SECS LLC (0642)<br>ATT MICHAEL HALLET/PROXY MGR<br>PROXY DEPT<br>315 DEADRICK ST<br>NASHVILLE, TN 37238 | 38,610.00<br>(0.053%) |

| | |
|---|---|
| UMB BANK, NATL ASSOC (2450)<br>ATT KAREN BOUCHARD/PROXY MGR<br>928 GRAND BLVD<br>MAILSTOP 1010404<br>KANSAS CITY, MO 64106 | 1,136.00<br>(0.002%) |
| U.S. BANCORP INVEST (0280)<br>ATT KEVIN BROWN OR PROXY MGR<br>60 LIVINGSTON AVE<br>ST. PAUL, MN 55107-1419 | 7,640.00<br>(0.011%) |
| U.S. BANK N.A. (2803)<br>ATT PAUL KUXHAUS OR PROXY MGR<br>1555 N. RIVER CTR DR<br>STE 302<br>MILWAUKEE, WI 53212 | 192,195.00<br>(0.264%) |
| US BANK NA/ETF (2580)<br>ATTN STEPHANIE KAPTA<br>1555 N RIVER CENTER DR<br>SUITE 302<br>MILWAUKEE, WI 53226 | 62.00<br>(0.0001%) |
| VANGUARD MARKETING CORP (0062)<br>ATT BEN BEGUIN OR PROXY MGR<br>14321 N. NORTHSIGHT BLVD<br>SCOTTSDALE, AZ 85260 | 690,932.00<br>(0.951%) |
| VELOCITY CLEARING (7359)<br>ATTN CHRIS FELICETTI<br>70 HUDSON ST<br>SUITE 5B<br>HOBOKEN, NJ 07030 | 162,200.00<br>(0.223%) |
| VELOX CLEARING LLC (3856)<br>ATT PROXY MGR<br>2400 E. KATELLA AVE<br>STE 725<br>ANAHEIM, CA 92806 | 125,295.00<br>(0.172%) |
| VELOCITY CLEARING (0294)<br>ALFRED PENNISI OR PROXY MGR<br>100 WALL ST<br>26TH FL<br>NEW YORK, NY 10005 | 207,221.00<br>(0.285%) |

| | |
|---|---|
| VIRTU AM (0295)<br>ATT JANICA BRINK OR PROXY MGR<br>300 VESEY ST<br>NEW YORK, NY 10282 | 127,852.00<br>(0.176%) |
| VISION FIN MKTS LLC (0595)<br>ATT OPS DEPT<br>120 LONG RIDGE RD, 3 NORTH<br>STAMFORD, CT 06902 | 101,564.00<br>(0.140%) |
| WEDBUSH SECS INC./P3 (8199)<br>ATT ALAN FERREIRA OR PROXY MGR<br>1000 WILSHIRE BLVD., STE 850<br>LOS ANGELES, CA 90017 | 598,589.00<br>(0.824%) |
| WELLS FARGO CLEARSVCS (0141)<br>ATT PROXY DEPT<br>H0006-08N<br>2801 MARKET ST<br>ST. LOUIS, MO 63103 | 369,866.00<br>(0.509%) |
| WELLS FARGO BANK NA/SIG (2072)<br>ATT SCOTT NELLIS OR PROXY MGR<br>1525 W T HARRIS BLVD<br>1ST FL<br>CHARLOTTE, NC 28262-8522 | 10,380.00<br>(0.014%) |

IMPAC - 10753184v.2  04/14/2023 3:35 PM